IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00189-BO

UNITED STATES OF AMERICA *ex rel.* LINDSEY M. FLOWER,

    Plaintiffs,

v.

THE RALEIGH RACQUET CLUB, INC., and KURT HARRISON IHLY,

    Defendants.

ORDER

**FILED UNDER SEAL**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. The Relator's Complaint, notice of appearance, the United States' first and second motions to extend the seal period, the Court's orders granting those motions, the Notice of Declination, and this Order shall be unsealed (but not the various memoranda in support of motions);

2. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon the defendants;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

1

4. Should Relator pursue this matter further, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. Should Relator pursue this matter further, the parties shall serve all notices of appeal upon the United States; and

6. Should Relator pursue this matter further, all orders of this Court shall be sent to the United States.

SO ORDERED, this 20 day of June, 2024.

TERRENCE W. BOYLE
United States District Judge

2

Case 5:23-cv-00189-BO-BM   Document 20   Filed 06/21/24   Page 2 of 2