IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LINDSEY M. FLOWER, <br><br> Plaintiff-Relator, <br><br> v. <br><br> THE RALEIGH RACQUET CLUB, INC., and KURT HARRISON IHLY, <br><br> Defendants. | CIVIL FILE NO.: 5:23-cv-0189-BO <br><br> Rule 41(a)(1)(A) Notice of Voluntary Dismissal with Prejudice |

No opposing party having served an answer or motion for summary judgment and no other party having appeared, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and the terms of a settlement agreement among plaintiff-relator Lindsey M. Flower, the U.S. Attorney's Office for the Eastern District of North Carolina, and defendants, effective April 4, 2024, Plaintiff Flower voluntarily dismisses this action with prejudice.

Respectfully submitted this 24 day of June 2024,

                                 **MILLER LAW GROUP, PLLC**

                                 /s/ MaryAnne M. Hamilton
                                 MaryAnne M. Hamilton, Esq.
                                 N.C. State Bar No. 59323
                                 Miller Law Group, PLLC
                                 Post Office Box 6340
                                 Raleigh, North Carolina 27628
                                 Telephone: (919) 348-4361
                                 Fax: (919) 729-2953
                                 Email: maryanne@millerlawgroupnc.com